# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| LLOYD DEAN TINNON, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 01-C-1023-NE |
| ) | |
| LIMESTONE COUNTY DISTRICT ) | |
| ATTORNEY'S OFFICE, et al., ) | |
| ) | |
| Defendants. ) | |

ENTERED
NOV 5 2001

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on October 9, 2001, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed as frivolous, under 28 U.S.C. § 1915A(b). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed as frivolous pursuant to 28 U.S.C. § 1915A(b). An appropriate order will be entered.

DATED this 4th day of November, 2001.

U. W. CLEMON
CHIEF UNITED STATES DISTRICT JUDGE